# Exhibit B

EPA Approval of Iowa's Water Quality Standards

(Feb. 6, 2002)

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
REGION VII
901 NORTH 5TH STREET
KANSAS CITY, KANSAS 66101

6 FEB 2002

Mr. Jack Riessen
Iowa Department of Natural Resources
Wallace State Office Building
502 East 9th Street
Des Moines, Iowa 50319

Dear Mr. Riessen

The United States Environmental Protection Agency (EPA) has completed its review of the September 18, 2000, rule revision to Iowa's Water Quality Standards (567 Iowa Administrative Code, Chapter 61) associated with Iowa's ongoing triennial review. Under Section 303(c) of the Clean Water Act (CWA), 33 U.S.C. § 1313(c), states are to review their water quality standards at least every three years and submit revised or new water quality standards to EPA for review and approval. The Iowa Department of Natural Resources (IDNR) submitted the September 18, 2000, rule revision to EPA for review on May 29, 2001, as required under Title 40 of the Code of Federal Regulations (C.F.R.), Section 131.20.

The September 18, 2000, rule revision was adopted by the State during a review of water quality standards conducted by the IDNR. As part of the revision process, IDNR held stakeholder meetings, posted the proposed rules on the IDNR Internet web site, and held six public hearings on the proposed changes. EPA wishes to acknowledge IDNR's commitment to receive public input from stakeholders and to keep the citizens of Iowa informed about the water quality standards revision process. Based upon our review, Iowa's procedures for adoption of these new and revised water quality standards are consistent with and satisfy the procedural requirements of 40 C.F.R. §131.20.

The September 18, 2000, rule revision to Iowa's Water Quality Standards does the following: (1) modifies the aquatic life numeric criteria for aquatic life protection for ammonia, aluminum, mercury, dieldrin, endrin, lindane, pentachloropnenol, silver and toxaphene; (2) modifies the descriptive basis for the Class C criteria; (3) modifies the critical low stream flows referenced in the water quality standards; (4) modifies the designated uses for 66 waterbodies; (5) establishes procedures for seasonal ammonia limits; and (6) allows for consideration of Total Residual Chlorine (TRC) demand in the mixing zone.

## ITEMS EPA IS APPROVING OR TAKING NO ACTION ON

As Division Director of the Water, Wetlands and Pesticides Division, I am charged with the responsibility of reviewing and approving or disapproving new or revised state water quality standards under Section 303(c) of the CWA. I am hereby approving the following provisions

RECYCLE
PAPER CONTAINS RECYCLED FIBERS

and partial provisions of the new or revised water quality standards that were adopted by Iowa on September 18, 2000. The provisions and partial provisions on which I am taking no action are also listed below. The enclosure to this letter provides a more detailed description of EPA's basis for approval of, or taking no action on, these new or revised water quality standards.

**Provisions and partial provisions being approved**

1. Acute water quality criteria for ammonia to protect aquatic life
2. Chronic water quality criteria for ammonia to protect aquatic life
3. Acute water quality criteria for aluminum to protect aquatic life
4. Chronic water quality criteria for aluminum to protect aquatic life
5. Acute water quality criteria for mercury to protect aquatic life
6. Chronic water quality criteria for mercury to protect aquatic life
7. Acute water quality criteria for dieldrin to protect aquatic life
8. Chronic water quality criteria for dieldrin to protect aquatic life
9. Acute water quality criteria for endrin to protect aquatic life
10. Chronic water quality criteria for endrin to protect aquatic life
11. Acute water quality criteria for lindane to protect aquatic life
12. Chronic water quality criteria for lindane to protect aquatic life
13. Acute water quality criteria for pentachlorophenol to protect aquatic life
14. Chronic water quality criteria for pentachlorophenol to protect aquatic life
15. Chronic water quality criteria for silver to protect aquatic life
16. Acute water quality criteria for toxaphene to protect aquatic life
17. Chronic water quality criteria for toxaphene to protect aquatic life
18. Human Health criteria for Class "C" designated waters
19. Maximum Contaminant Level (MCL) criteria for Class "C" designated waters
20. Critical low stream flow values
21. Water body use designations

**Provisions on which EPA is taking no action**

For provisions 5, 6, 9, 10, 19, and 21 listed above, EPA is in part taking no action

22. Seasonal ammonia limits
23. Total Residual Chlorine (TRC) criteria demand within the mixing zone

**CONSULTATION**

EPA's approval of Iowa water quality standards is considered a Federal Action for purposes of compliance with the consultation requirements of Section 7 of the Endangered Species Act (ESA), 16 U.S.C. § 1536. EPA initiated consultation with the U.S. Fish and Wildlife Service (USFWS) under Section 7(a)(2) of the ESA on these standards in conjunction

with EPA's July 1, 1999, approval/disapproval letter. Section 7(a)(2) requires that federal agencies, in consultation with the Services, insure that their actions are not likely to jeopardize the existence of federally listed species or result in the adverse modification of designated critical habitat of such species. As of today, this consultation has not been completed. By approving the standards "subject to the results of consultation under section 7(a)(2) of the Endangered Species Act", EPA retains the discretion to revise its approval decisions if the consultation identifies deficiencies in the water quality standards.

The approved water quality standards represent Iowa's commitment to develop water quality standards that fully protect the citizens and the aquatic resources of the State of Iowa. I congratulate Iowa's efforts and look forward to working with you on the remaining triennial review submissions.

If you have any questions regarding these comments or the actions taken by EPA, please contact Cheryl A. Crisler, Water Resources Protection Branch Chief, at (913) 551-7820. The staff level point of contact regarding this letter is Paul Schwaab, and he may be reached at (913) 551-7581.

Sincerely,

U. Gale Hutton
Director
Water, Wetlands, and Pesticides Division

Enclosure

cc: Michael Valde, IDNR
Kelly Stone, IDNR
Michael Coffey, U.S. Fish and Wildlife Service, Rock Island, Illinois

ENCLOSURE

**EPA REGION VII'S REVIEW OF IOWA'S SEPTEMBER 18, 2000 RULE REVISION TO IOWA'S WATER QUALITY STANDARDS**

The Iowa Department of Natural Resources (IDNR) submitted it's September 18, 2000, rule revision to 567 Iowa Administrative Code, Chapter 61, Water Quality Standards (567 IAC 61), associated with Iowa's ongoing triennial review, to the U.S. Environmental Protection Agency (EPA) on May 29, 2001, for review and approval under Section 303(c) of the Clean Water Act (CWA). This enclosure provides EPA's rationale for approving or taking no action on the water quality standards submitted by the State. All tables referenced throughout this document are numbered in accordance with Iowa's September 18, 2000, water quality standards rule revision and can be found at the end of this Enclosure.

**Provision 1. Acute water quality criteria for ammonia to protect aquatic life**

567 IAC 61.3(3) Table 3a. Acute Criterion for Ammonia in Iowa Streams

On September 18, 2000, IDNR revised its acute aquatic life use criteria for ammonia and adopted values consistent with the 1999 EPA-recommended numeric criteria. Iowa's revised acute aquatic life use criteria are found in Table 3a of this document. Although the heading of Table 3a does not specifically include "lakes" it is EPA's understanding, based on an October 4, 2001 conversation with IDNR , that the criteria will apply to both streams and lakes/wetlands. IDNR has stated that it will modify Table 3a to address this issue in a future phase of the ongoing triennial review

EPA approves these revisions because they result in criteria that ensure the protection of designated uses in accordance with the CWA and EPA's implementing regulations at 40 C.F.R. §§ 131.5(a) and 131.11(b)(1)(i).

**Provision 2. Chronic water quality criteria for ammonia to protect aquatic life**

567 IAC 61.3(3) Table 3b. Chronic Criterion for Ammonia in Iowa Streams - Early Life Stages Present

567 IAC 61.3(3)*b.*(6) Early Life Stage for Each Use Designation

567 IAC 61.3(3) Table 3c. Chronic Criterion for Ammonia in Iowa Streams - Early Life Stages Absent

On September 18, 2000, IDNR revised its chronic aquatic life use criteria for ammonia and adopted the 1999 EPA-recommended numeric criteria. IDNR's Water Quality Standards Program worked with IDNR's Fish and Wildlife Division to develop the early life stage provision of this criteria to ensure the protection of fish in Iowa during periods when those stages

of fish are expected to be present in water bodies across the State of Iowa. Both IDNR's Water Quality Standards Program and the Fish and Wildlife Division staff reviewed spawning records, water temperatures, spawning temperatures and the occurrences of fish across Iowa to determine those time periods when early life stages of fish are believed present. Through this collaborative effort, IDNR was able to determine which early life stages of fish are believed present in Iowa for purposes of applying chronic criteria for ammonia in Iowa water bodies for each use designation.

IDNR followed the guidance provided in EPA's CWA section 304(a) criteria document "1999 Update of Ambient Water Quality Criteria for Ammonia" and the accompanying Federal Register Notice announcing its availability. See 64 F.R. 71974 (December 22, 1999). Before proposing the provision, IDNR also shared its approach and information with EPA and U.S. Fish and Wildlife Service staff to ensure that its approach and findings were reasonable. EPA feels the research was done at a sufficent scale and thoroughness to provide protection throughout the state. The chronic ammonia criteria are listed in Table 3b and Table 3c included in this document. Although the heading of Tables 3b and 3c do not specifically include "lakes" it is EPA's understanding, based on an October 4, 2001, conversation with IDNR, that the criteria will apply to both streams and lakes/wetlands. IDNR has stated that it will modify Tables 3b and 3c to address this issue in a future phase of the ongoing triennial review.

EPA approves the chronic ammonia criteria listed in Tables 3b and 3c for each use designation and the time periods defined as having early life stages present, as provided at 567 IAC 61.3(3)*b.*(6). These revisions are approved because they result in criteria that ensure the protection of designated uses in accordance with the CWA and EPA's implementing regulations at 40 C.F.R. §§ 131.5(a) and 131.11(b)(1)(i).

**Provision 3. Acute water quality criteria for aluminum to protect aquatic life**

567 IAC 61.3(3) Table 1. Criteria for Chemical Constituents

On July 1, 1999, EPA disapproved the Iowa revision of the acute aquatic life use criteria for aluminum that applied to three of the State's four aquatic life designated use classes [i.e., cold water aquatic life (B(CW)), significant resource warm water streams (B(WW)), and limited resource warm water streams (B(LR))]. IDNR's September 13, 1999, letter committed to include these disapproved items in its triennial review. On September 18, 2000, IDNR adopted revised acute aquatic life use criteria for aluminum. IDNR used EPA's Recalculation Procedure (a species deletion approach), in accordance with effective EPA national and regional guidance, to calculate state wide site-specific acute aquatic life criteria for each of its four aquatic life designated uses [i.e., also lakes and wetlands (B(LW))]. These criteria are listed in Table 1.

EPA approves these revisions because they result in criteria that ensure the protection of designated uses in accordance with the CWA and EPA's implementing regulations at 40 C.F.R. §§ 131.5(a) and 131.11(b)(1)(ii).

**Provision 4. Chronic water quality criteria for aluminum to protect aquatic life**

567 IAC 61.3(3) Table 1. Criteria for Chemical Constituents.

On July 1, 1999, EPA disapproved the Iowa revision of the chronic aquatic life use criteria for aluminum that applied to two of the State's four aquatic life designated use classes [i.e., significant resource warm water streams (B(WW)) and limited resource warm water streams (B(LR))]. IDNR's September 13, 1999, letter committed to include these disapproved items in its triennial review. On September 18, 2000, IDNR adopted revised chronic aquatic life use criteria for aluminum. IDNR used EPA's Recalculation Procedure (a species deletion approach), in accordance with effective EPA national and regional guidance, to calculate state wide site-specific chronic aquatic life criteria for each of its four aquatic life designated uses [i.e., also cold water aquatic life (B(CW)) and lakes and wetlands (B(LW))]. These criteria are listed in Table 1.

EPA approves these revisions because they result in criteria that ensure the protection of designated uses in accordance with the CWA and EPA's implementing regulations at 40 C.F.R. §§ 131.5(a) and 131.11(b)(1)(ii).

**Provision 5. Acute water quality criteria for mercury to protect aquatic life**

567 IAC 61.3(3) Table 1. Criteria for Chemical Constituents.

On September 18, 2000, IDNR revised acute aquatic life use criteria for mercury. IDNR used EPA's Recalculation Procedure (a species deletion approach) in accordance with effective EPA national and regional guidance, to calculate state wide site-specific acute aquatic life criteria for each of its four aquatic life designated uses [i.e., cold water aquatic life (B(CW)), significant resource warm water streams (B(WW)), limited resource warm water streams (B(LR)) and lakes and wetlands (B(LW))]. These criteria are listed in Table 1. During an October 4, 2001, meeting, EPA and IDNR concurred that the value for the lakes and wetlands (B(LW)) designated use was a clerical error. Due to this error, EPA is taking no action on the B(LW) acute criterion for mercury. Because EPA is taking no action, the newly adopted B(LW) acute criterion may not be used by IDNR for CWA purposes. IDNR should correct the clerical error and resubmit the criterion to EPA for review.

With the exception of the B(LW) value noted above, EPA approves these revisions because they result in criteria that ensure the protection of designated uses in accordance with the CWA and EPA's implementing regulations at 40 C.F.R. §§ 131.5(a) and 131.11(b)(1)(ii).

**Provision 6. Chronic water quality criteria for mercury to protect aquatic life**

567 IAC 61.3(3) Table 1. Criteria for Chemical Constituents

On September 18, 2000, IDNR revised chronic aquatic life use criteria for mercury. IDNR used EPA's Recalculation Procedure (a species deletion approach), in accordance with effective EPA national and regional guidance, to calculate state wide site-specific acute aquatic life criteria for each of its four aquatic life designated uses [i.e., cold water aquatic life (B(CW)), significant resource warm water streams (B(WW)), limited resource warm water streams (B(LR)), and lakes and wetlands (B(LW))]. These criteria are listed in Table 1. During an October 4, 2001, meeting, EPA and IDNR concurred that the value for the lakes and wetlands (B(LW)) designated use was a clerical error. Due to this error, EPA is taking no action on the B(LW) chronic criterion for mercury. Because EPA is taking no action, the newly adopted B(LW) chronic criterion may not be used by IDNR for CWA purposes. IDNR should correct the clerical error and resubmit the criterion to EPA for review.

With the exception of the B(LW) value noted above, EPA approves these revisions because they result in criteria that ensure the protection of designated uses in accordance with the CWA and EPA's implementing regulations at 40 C.F.R. §§ 131.5(a) and 131.11(b)(1)(ii).

**Provision 7. Acute water quality criteria for dieldrin to protect aquatic life**

567 IAC 61.3(3) Table 1. Criteria for Chemical Constituents

On July 1, 1999, EPA disapproved the Iowa revision of the acute aquatic life use criteria for dieldrin that applied to all four of the State's aquatic life designated use classes [i.e., cold water aquatic life (B(CW)), significant resource warm water streams (B(WW)), limited resource warm water streams (B(LR)), and lakes and wetlands (B(LW))]. IDNR's September 13, 1999, letter committed to include these disapproved items in its triennial review. On September 18, 2000, IDNR adopted revised acute aquatic life use criteria for dieldrin by adopting EPA-recommended numeric criteria for each of its four aquatic life designated uses. These criteria are listed in Table 1.

EPA approves these revisions because they result in criteria that ensure the protection of designated uses in accordance with the CWA and EPA's implementing regulations at 40 C.F.R. §§ 131.5(a) and 131.11(b)(1)(i).

**Provision 8. Chronic water quality criteria for dieldrin to protect aquatic life**

567 IAC 61.3(3) Table 1. Criteria for Chemical Constituents

On July 1, 1999, EPA disapproved the Iowa revision of the chronic aquatic life use criterion for dieldrin that applied to the aquatic life designated use class limited resource warm water streams (B(LR)). IDNR's September 13, 1999, letter committed to include this disapproved item in its triennial review. On September 18, 2000, IDNR adopted revised chronic

aquatic life use criteria for dieldrin by adopting EPA-recommended numeric criteria for each of its four aquatic life designated uses [i.e., cold water aquatic life streams (B(CW)), significant resource warm water streams (B(WW)), limited resource warm water streams (B(LR)), and lakes and wetlands (B(LW))]. These criteria are listed in Table 1.

EPA approves these revisions because they result in criteria that ensures the protection of designated uses in accordance with the CWA and EPA's implementing regulations at 40 C.F.R. §§ 131.5(a) and 131.11(b)(1)(i).

**Provision 9. Acute water quality criteria for endrin to protect aquatic life**
567 IAC 61.3(3) Table 1. Criteria for Chemical Constituents

On September 18, 2000, IDNR adopted revised acute aquatic life use criteria for endrin by adopting EPA-recommended numeric criterion for its warm water aquatic life designated use classes [i.e., significant resource warm water streams (B(WW)), limited resource warm water streams (B(LR)), and lakes and wetlands (B(LW))]. IDNR also used EPA's Recalculation Procedure (a species deletion approach), in accordance with effective EPA national and regional guidance, to calculate a state wide site-specific acute aquatic life criterion for the cold water aquatic life (B(CW)) designated use. These criteria are listed in Table 1. During an October 4, 2001, meeting, EPA and IDNR concurred that the value for B(CW) included a calculation error. Due to this error, EPA is taking no action on the B(CW) acute criterion for endrin. Because EPA is taking no action, the newly adopted B(CW) acute criterion may not be used by IDNR for CWA purposes. IDNR should correct the calculation error and resubmit the criterion to EPA for review.

With the exception of the B(CW) value noted above, EPA approves these revisions because they result in criteria that ensure the protection of designated uses in accordance with the CWA and EPA's implementing regulations at 40 C.F.R. §§ 131.5(a), 131.11(b)(1)(i) and (ii).

**Provision 10. Chronic water quality criteria for endrin to protect aquatic life**
567 IAC 61.3(3) Table 1. Criteria for Chemical Constituents

On July 1, 1999, EPA disapproved the Iowa revision of the chronic aquatic life use criterion for endrin that applied to the aquatic life designated use class of limited resource warm water streams (B(LR)). IDNR's September 13, 1999, letter committed to include this disapproved item in its triennial review. On September 18, 2000, IDNR adopted revised chronic aquatic life use criteria for endrin by adopting EPA-recommended numeric criteria for its warm water aquatic life designated use classes [i.e., significant resource warm water streams (B(WW)), limited resource warm water streams (B(LR)), and lakes and wetlands (B(LW))]. IDNR also used EPA's Recalculation Procedure (a species deletion approach), in accordance with effective EPA national and regional guidance, to calculate a state wide site-specific chronic

aquatic life criterion for the cold water aquatic life (B(CW)) designated use. These criteria are listed in Table 1. During an October 4, 2001, meeting, EPA and IDNR concurred that the value for B(CW) included a calculation error. Due to this error, EPA is taking no action on the B(CW) chronic criterion for endrin. Because EPA is taking no action, the newly adopted B(CW) chronic criterion may not be used by IDNR for CWA purposes. IDNR should correct the calculation error and resubmit the criterion to EPA for review.

With the exception of the B(CW) value noted above, EPA approves these revisions because they result in criteria that ensure the protection of designated uses in accordance with the CWA and EPA's implementing regulations at 40 C.F.R. §§ 131.5(a), 131.11(b)(1)(i) and(ii).

**Provision 11. Acute water quality criteria for lindane to protect aquatic life**
567 IAC 61.3(3) Table 1. Criteria for Chemical Constituents

On July 1, 1999, EPA disapproved the Iowa revision of the acute aquatic life use criteria for lindane that applied to all four of the State's aquatic life designated use classes [i.e., cold water aquatic life (B(CW)), significant resource warm water streams (B(WW)), limited resource warm water streams (B(LR)), and lakes and wetlands, (B(LW))]. IDNR's September 13, 1999, letter committed to include these disapproved items in its triennial review. On September 18, 2000, IDNR adopted revised acute aquatic life use criteria for lindane by adopting EPA-recommended numeric criteria for each of its four aquatic life designated uses. These criteria are listed in Table 1.

EPA approves these revisions because they result in criteria that ensure the protection of designated uses in accordance with the CWA and EPA's implementing regulations at 40 C.F.R. §§ 131.5(a) and 131.11(b)(1)(i).

**Provision 12. Chronic water quality criteria for lindane to protect aquatic life**
567 IAC 61.3(3) Table 1. Criteria for Chemical Constituents

On September 18, 2000, IDNR removed the chronic aquatic life use criteria for lindane that applied to all four of the State's aquatic life designated use classes [i.e., cold water aquatic life (B(CW)), significant resource warm water streams (B(WW)), limited resource warm water streams (B(LR)), and lakes and wetlands (B(LW))]. EPA does not currently have published chronic aquatic life use criteria for lindane.

EPA approves these revisions because they are consistent with the priority pollutant requirements in Section 303(c)(2)(B) of the CWA and EPA's implementing regulations at 40 C.F.R. § 131.11.

Currently, Iowa's narrative prohibition against toxicity at 567 IAC 61.3(2)*d* is limited to

acute toxicity. Application of the narrative water quality criteria to designated uses for pollutants for which the State has not adopted chemical-specific criteria provides protection against toxicity, which is consistent with the CWA. To adequately address both acute and chronic toxicity, the State should amend its narrative prohibition against toxicity at 567 IAC 61.3(2)*d* to clarify that the narrative applies to both acute and chronic toxicity. This change would ensure the protection of aquatic life from lindane toxicity. EPA recommends that this change be made by the State at its next regulatory opportunity.

**Provision 13. Acute water quality criteria for pentachlorophenol to protect aquatic life**

567 IAC 61.3(3) Table 1. Criteria for Chemical Constituents

On July 1, 1999, EPA disapproved the Iowa revision of the acute aquatic life use criteria for pentachlorophenol that applied to all four of the State's aquatic life designated use classes [i.e., cold water aquatic life (B(CW)), significant resource warm water streams (B(WW)), limited resource warm water streams (B(LR)), and lakes and wetlands (B(LW))]. IDNR's September 13, 1999, letter committed to include these disapproved items in its triennial review. On September 18, 2000, IDNR adopted revised acute aquatic life use criteria for pentachlorophenol. IDNR used EPA's Recalculation Procedure (a species deletion approach), in accordance with effective EPA national and regional guidance, to calculate state wide site-specific acute aquatic life criteria for each of four aquatic life designated uses. These criteria are listed in Table 1.

EPA approves these revisions because they result in criteria that ensure the protection of designated uses in accordance with the CWA and EPA's implementing regulations at 40 C.F.R. §§ 131.5(a) and 131.11(b)(1)(ii).

**Provision 14. Chronic water quality criteria for pentachlorophenol to protect aquatic life**

567 IAC 61.3(3) Table 1. Criteria for Chemical Constituents.

On July 1, 1999, EPA disapproved the Iowa revision of the chronic aquatic life use criteria for pentachlorophenol that applied to the aquatic life designated use classes cold water aquatic life (B(CW)), and limited resource warm water streams (B(LR)). IDNR's September 13, 1999, letter committed to include these disapproved items in its triennial review. On September 18, 2000, IDNR adopted revised chronic aquatic life use criteria for pentachlorophenol. IDNR used EPA's Recalculation Procedure (a species deletion approach), in accordance with effective EPA national and regional guidance, to calculate state wide site-specific chronic aquatic life criteria for each of its four aquatic life designated uses [i.e., cold water aquatic life (B(CW)), significant resource warm water streams (B(WW)), limited resource warm water streams (B(LR)) and lakes and wetlands (B(LW))]. These criteria are listed in Table 1.

EPA approves these revisions because they result in criteria that ensure the protection of designated uses in accordance with the CWA and EPA's implementing regulations at 40 C.F.R.

§§ 131.5(a) and 131.11(b)(1)(ii).

**Provision 15. Chronic water quality criteria for silver to protect aquatic life**
567 IAC 61.3(3) Table 1. Criteria for Chemical Constituents.

On September 18, 2000, IDNR removed the chronic aquatic life use criteria for silver that applied to all four of the State's aquatic life designated use classes [i.e., cold water aquatic life (B(CW)), significant resource warm water streams (B(WW)), limited resource warm water streams (B(LR)), and lakes and wetlands (B(LW))]. EPA does not currently have published chronic aquatic life use criteria for silver.

EPA approves these revisions because they are consistent with the priority pollutant requirements in Section 303(c)(2)(B) of the CWA and EPA's implementing regulations at 40 C.F.R. § 131.11.

Currently, Iowa's narrative prohibition against toxicity at 567 IAC 61.3(2)*d* is limited to acute toxicity. Application of the narrative water quality criteria to designated uses for pollutants for which the State has not adopted chemical-specific criteria provides protection against toxicity, which is consistent with the CWA. To adequately address both acute and chronic toxicity, the State should amend its narrative prohibition against toxicity at 567 IAC 61.3(2)*d* to clarify that the narrative applies to both acute and chronic toxicity. This change would ensure the protection of aquatic life from silver toxicity. EPA recommends that this change be made by the State at its next regulatory opportunity.

**Provision 16. Acute water quality criteria for toxaphene to protect aquatic life**
567 IAC 61.3(3) Table 1. Criteria for Chemical Constituents

On July 1, 1999, EPA disapproved the Iowa revision of the acute aquatic life use criteria for toxaphene that applied to the aquatic life designated use classes of cold water aquatic life streams (B(CW)) and limited resource warm water streams (B(LR)). IDNR's September 13, 1999, letter committed to include these disapproved items in its triennial review. On September 18, 2000, IDNR adopted revised acute aquatic life use criteria for toxaphene by adopting EPA-recommended numeric criterion for all four of its aquatic life designated use classes [i.e., cold water aquatic life streams (B(CW)), significant resource warm water streams (B(WW)), limited resource warm water streams (B(LR)), and lakes and wetlands (B(LW))]. These criteria are listed in Table 1.

EPA approves these revisions because they result in criteria that ensure the protection of designated uses in accordance with the CWA and EPA's implementing regulations at 40 C.F.R. §§ 131.5(a) and 131.11(b)(1)(i).

**Provision 17. Chronic water quality criteria for toxaphene to protect aquatic life**

567 IAC 61.3(3) Table 1. Criteria for Chemical Constituents

On July 1, 1999, EPA disapproved the Iowa revision of the chronic aquatic life use criterion for toxaphene that applied to the aquatic life designated use class of limited resource warm water streams (B(LR)). IDNR's September 13, 1999, letter committed to include this disapproved item in its triennial review. On September 18, 2000, IDNR adopted revised chronic aquatic life use criteria for toxaphene. IDNR used EPA's Recalculation Procedure (a species deletion approach) in accordance with effective EPA national and regional guidance, to calculate state wide site-specific chronic aquatic life criteria for each of the four aquatic life designated uses [i.e., cold water aquatic life (B(CW)), significant resource warm water streams (B(WW)), limited resource warm water streams (B(LR)), and lakes and wetlands (B(LW))]. These criteria are listed in Table 1.

EPA approves these revisions because they result in criteria that ensure the protection of designated uses in accordance with the CWA and EPA's implementing regulations at 40 C.F.R. §§ 131.5(a) and 131.11(b)(1)(ii).

**Provision 18. Human health criteria for Class "C" designated waters**

567 IAC 61.3(3) Table 1. Criteria for Chemical Constituents

567 IAC 61.2(4)*c*.

On July 1, 1999, EPA disapproved the Iowa revision of the human health fish and water consumption criteria for endosulfan and 2,3,7,8-TCDD (Dioxin) that apply to the drinking water supply designated use, (Class "C"). IDNR's September 13, 1999, letter committed to include these disapproved items in its triennial review. On September 18, 2000, IDNR revised its Class "C" criteria. These criteria are listed in Table 1. The change was made to more accurately reflect the application of the criteria as human health numerical criteria to protect against chronic effects versus the prior representation of the values as acute criteria. IDNR adopted EPA's CWA Section 304(a) human health criteria for consumption of water + organism, where available, for support of the designated use of drinking water supply (Class "C"). Where EPA has not published guidance criteria for the protection of human health through fish and water consumption under section 304(a) of the CWA, IDNR has adopted EPA promulgated Maximum Contaminant Levels (MCLs) (see Provision 19 for a discussion of the adoption of MCLs). For carcinogenic pollutants, IDNR has based the criteria on an acceptable incremental risk level of 1 x $10^{-5}$, which was approved by EPA in 1991 and is at 567 IAC Chapter 61, Water Quality Standards.

EPA approves these revisions because they result in criteria that ensure the protection of designated uses in accordance with the CWA and EPA's implementing regulations at 40 C.F.R. §§ 131.5(a) and 131.11(b)(1)(i).

**Provision 19. Maximum Contaminant Level (MCL) criteria for Class "C" designated waters**

567 IAC 61.3(3) Table 1. Criteria for Chemical Constituents
567 IAC 61.2(4)*c*.

On July 1, 1999, EPA disapproved the Iowa revision of the acute criteria for ethylene dibromide and trihalomethanes that apply to the drinking water supply (Class "C") designated use. IDNR's September 13, 1999, letter clarified that the ethylene dibromide value was in fact adopted as .05 micrograms per liter, not milligrams per liter on which EPA's disapproval was based. On September 18, 2000, IDNR revised its Class "C" criteria. These criteria are listed in Table 1. The change was made to more accurately reflect the application of the criteria as human health numerical criteria to protect against chronic effects versus the prior representation of the values as acute criteria. IDNR adopted EPA promulgated MCLs for pollutants that did not have EPA CWA Section 304(a) guidance human health water and organism consumption criteria established. For carcinogenic pollutants, IDNR has based the criteria on an acceptable incremental risk level of $1 \times 10^{-5}$, which was approved by EPA in 1991 and is at 567 IAC chapter 61, Water Quality Standards.

During an October 4, 2001, meeting, EPA and IDNR concurred that the values listed for trihalomethanes (total) and lead in Table 1 were in error. The most recent EPA published MCL for trihalomethanes (total) is 80 micrograms per liter. Currently EPA does not have a published MCL value for lead although an "action level" is published that may be adopted by IDNR. Due to these errors, EPA is taking no action on the trihalomethanes (total) and lead criteria for Class C drinking water supply designated uses. IDNR should correct the errors and resubmit the criteria to EPA for review.

With the exception of the values noted above, EPA approves these revisions because they result in criteria that ensure the protection of designated uses in accordance with the CWA and EPA's implementing regulations at 40 C.F.R. §§ 131.5(a) and 131.11(b)(1)(iii).

**Provision 20. Critical low stream flow values**

567 IAC 61.2, General considerations
567 IAC 61.2(5), Implementation strategy
567 IAC 61.3, Surface water quality criteria

On September 18, 2000, IDNR revised its WQS to modify the applicable low stream flow regime to the corresponding type of numerical criteria. The State developed the concept of a design low flow at or above which numeric water quality criteria will apply. The design low flow value is used in conjunction with the criteria for acute and chronic aquatic life protection, human health protection, and Class "C" drinking water supply when calculating wasteload

allocations. The table below (and at 567 IAC 61.2(5)) reflects the association between numerical criteria and flow regime. Historically, Iowa has used the 7Q10 flow as the critical low flow condition. The term "design flow" will be used in place of the 7Q10 term and will be used to link numerous citations in rules 567 IAC 61.2 and 61.3 to the modifications represented in the table located at 567 IAC 61.2(5).

| Type of Numerical Criteria | Design Low Flow Regime |
|---|---|
| Aquatic Life Protection | |
| Acute | $1Q_{10}$ |
| Chronic | $7Q_{10}$ |
| | |
| Aquatic Life Protection (AMMONIA - N) | |
| Acute | 1Q10 |
| Chronic | 30Q10 |
| | |
| Human Heath Protection & MCL | |
| Non-carcinogenic | $30Q_5$ |
| Carcinogenic | Harmonic mean |

EPA approves these revisions because IDNR's use of the design low flow is consistent with the CWA and EPA's implementing regulations at 40 C.F.R. §§ 131.5(a) and 131.11. EPA's Water Quality Standards Handbook, Chapter 5, Section 5.2 explains EPA's rationale for this conclusion. Specifically, for ammonia, EPA recommends the 30Q10 flow value provided in EPA's 1999 Ammonia Update, (EPA-823-F-99-013, December 1999).

**Provision 21. Waterbody use designations**
567 IAC 61.3(5)*e.* Surface Water Classification

On September 18, 2000, IDNR revised 567 IAC 61.3(5)*e*., Surface Water Classification as follows:

**(1)** Additions of designated water bodies

(A) The three streams listed below were added to the list of designated waters and assigned the aquatic life designated use class of limited resource warm water streams (B(LR)).

Des Moines River Basin
segment # 27, Muchakinock Creek

During an October 4, 2001, meeting, EPA and IDNR concurred that the locational description needs to be modified to accurately reflect the extent of the stream segment. Due to this error, EPA is taking no action on this stream segment. IDNR should correct the error and resubmit the correction to EPA for review.

Iowa-Cedar River Basins
segment # 78a, Bear Creek in Benton/Buchanan Counties

Northeastern Iowa River Basin
segment # 302a, Winnebago Creek in Allamakee County

(B) The four newly constructed state lakes listed below were added to the list of designated waters and assigned the aquatic life designated use class of lakes and wetlands, (B(LW)).

Three Mile Lake, Union County
Lake Sugema, Van Buren County
Brushy Creek Lake, Webster County
Beaver Lake, Dallas County - this lake was also assigned a primary contact recreation (Class "A") designated use

(C) On July 1, 1999, EPA disapproved the removal of the following three lakes from Iowa's water quality standards. IDNR's September 13, 1999, letter committed to include these disapproved items in its triennial review. The lakes had been inadvertently omitted from Iowa's 1990 water quality standards rule revision and therefore represented a removal of the former designated uses. IDNR has now relisted these lakes and designated them as lakes and wetlands (B(LW)).

Mystic Reservoir, Appanoose County - this lake was also assigned a primary contact recreation designated use (Class "A")
Wiese Slough, Muscatine County
Littlefield Lake, Audubon County

With the exceptions noted in sections (1)(A), (B) and (C) of this provision, EPA approves these revisions because they result in the protection of water quality in accordance with the CWA and EPA's implementing regulations at 40 C.F.R. §§ 131.5(a) and 131.10.

**(2)** Modification of stream segment descriptions and correction of typographical errors

Several locational and typographical errors were corrected in Iowa's use designations. The changes made by IDNR to the streams listed below include modifying descriptions of the stream segments as follows: geographic locational description; stream name; and reorder/renumber streams to reflect a stream segment's true position in the drainage basin. The new location descriptions now agree with the text "Drainage Areas of Iowa Stream" by O.J. Larimer and, with few exceptions, USGS seven and a half minute quadrangle maps.

<u>Western Iowa River Basin</u>

segment # 51, Montgomery Creek
segment # 66, Whiskey Creek
segment # 72, Willow Creek

<u>Southern Iowa River Basin</u>

segment # 7, Silver Creek
segment # 16, West Fork West Nishnabotna River
segment # 36, West Nodaway River (water intake) (was "old" segment # 35, numbering was also flip flopped with segment #36)
segment # 71, Grand River (aka Thompson River)
segment # 72, Grand River (aka Thompson River)

<u>Des Moines River Basin</u>

segment # 89, Willow Creek
segment # 94, Brushy Creek (also upgraded from B(LR) to B(WW))
segment # 95, Brushy Creek
segment # 149, Drainage Ditch 94

segment # 187, Blue Earth River

Skunk River Basin

segment # 36, South Skunk River

EPA noted during an October 4, 2001, meeting with IDNR that the use designation for this segment was upgraded from a limited resource warm water stream (B(LR)) to a significant resource warm water (B(WW)) stream. IDNR confirmed that this was a typographical error. As a result, EPA is taking no action on this stream segment. IDNR should correct the error and resubmit the designated use to EPA for review.

Iowa-Cedar River Basin

segment # 26, Iowa River
segment # 51, Pike Run,
segment # 52, Pike Run,
segment # 87, Miller Creek
segment # 125, Spring Creek
segment # 134, Unnamed Creek, aka Drainage Ditch 6
segment # 165, Price Creek
segment # 167, Mill Race
segment # 169, Little Bear Creek
segment # 205, Unnamed Creek, now aka Drainage Ditch 32

Northeastern Iowa River Basins

segment # 5, Mad Creek
segment # 12, Wapsipinicon River
segment # 37, East Branch Buffalo Creek
segment # 67, Unnamed Creek, now aka Deer Creek
segment # 81, Deep Creek
segment # 103, Whitewater Creek
segment # 124, Coffins Creek
segment # 131, Bruce Creek
segment # 139, Unnamed Creek, now aka Storybook Hallow
segment # 181, Bloody Run Creek
segment # 182, Ram Hollow
segment # 186, South Cedar Creek, aka Cedar creek, (HQ designation also added)
segment # 204, Volga River
segment # 230, Grannis Creek

The corrected stream segments described above do not represent a shortening of stream segments or a downgrade in the designated use. With the exception noted above, EPA approves these revisions because they result in the protection of water quality in accordance with the CWA

and EPA's implementing regulations at 40 C.F.R. §§ 131.5(a) and 131.10.

**(3)** Consolidation of adjacent stream segments

The following pairs of stream segments have been combined. These segments were adjacent segments that had a common designated use.

Des Moines River Basin

segment #s 43 and 44, Middle River, now listed as segment # 43
segment #s 47 and 48, Clanton Creek, now listed as segment # 48

Iowa Cedar River Basins

segment #s 58 and 59, Rock Creek, now listed as segment # 58
segment #s 132 and 133, Beaverdam Creek, now listed as segment # 133
segment #s 172 and 173, Salt Creek, now listed as segment # 172
segment #s 210 and 211, East Fork Iowa River, now listed as segment # 210

The consolidation of the stream segments above do not represent a downgrade in the designated uses nor a shortening of the combined length of the stream segments. EPA approves these revisions because they result in the protection of water quality in accordance with the CWA and EPA's implementing regulations at 40 C.F.R. §§ 131.5(a) and 131.10.

**(4)** Change in designated uses

Des Moines River Basin

segment # 94, Brushy Creek, On July 1, 1999, EPA disapproved the downgrade of the designated use from B(WW) to B(LR). IDNR's September 13, 1999, letter committed to include this disapproved item in its triennial review. This action restores the B(WW) use designation and modifies the description of the upstream extent of this segment.

segment # 149, Drainage Ditch 94, changed from B(WW) to B(LR), which corrected a typographical error created during the printing of the Administrative Code. A historical review of the Iowa WQS indicates that the designated use was B(LR) and while no directed action was intended the use was changed to B(WW) during the printing of the 1993 WQS action.

Skunk River Basin

segment # 36, South Skunk River

EPA noted during an October 4, 2001, meeting with IDNR that the use designation for this segment was upgraded from a limited resource warm water stream (B(LR)) to a significant resource warm water (B(WW)) stream. IDNR confirmed that this was a typographical error. As a result,

EPA is taking no action on this stream segment. IDNR should correct the error and resubmit the designated use to EPA for review.

With the exception noted above, EPA approves these revisions because they result in the protection of water quality in accordance with the CWA and EPA's implementing regulations at 40 C.F.R. §§ 131.5(a) and 131.10.

**(5)** Renumbering/reordering of stream segments

Southern Iowa River Basins

segment # 35, Nodaway River, is now listed as segment #36 and named West Nodaway River, City of Clarinda Water Works

segment # 36, West Nodaway River, is now listed as segment #35

EPA approves these revisions because they result in the protection of water quality in accordance with the CWA and EPA's implementing regulations at 40 C.F.R. §§ 131.5(a) and 131.10.

**(6)** High Quality (HQ) water/High Quality Resource (HQR) water modifications

High quality water (HQ) and high quality resource water (HQR) designations are designations of waters supporting IDNR's Antidegradation Policy. These designations are not recognized as designated uses and have no supporting water quality criteria associated with them.

Des Moines River Basin

segment # 56, North River,

The modification removed the High Quality Resource designation associated with IDNR's antidegradation policy. IDNR's November 20, 2001, memorandum stated "the HQR designation was erroneously added to this reach during the printing of the 1993 rule revision as it had not been the intent of all 1990's rule modifications to add new HQR reaches, just carry forward previously adopted HQR designations."

Skunk River Basin

segment #35, South Cedar Creek (HQR identifier added)

segment #36, South Cedar Creek (HQR identifier added)

Northeastern Iowa River Basins

section #186, South Cedar Creek, (HQ identifier added)

EPA approves these revisions because they result in the protection of water quality in accordance with the CWA and EPA's implementing regulations at 40 C.F.R. § 131.12.

**Provision 22. Seasonal ammonia limits**

"Supporting Document for Iowa Water Quality Management Plans", Chapter IV, July 1976, as revised on November 8, 2000.

On September 18, 2000, IDNR modified the "Supporting Document for Iowa Water Quality Management Plans", Chapter IV, July 1976, as revised on November 8, 2000, which establishes seasonal ammonia nitrogen limits using a seasonal grouping of months or individual monthly limits, including the consideration of the presence or absence of sensitive aquatic life stages.

The Water Quality Standards Program does not have oversight responsibilities for this issue and therefore will not be taking action on it. The seasonal ammonia limits issue is a NPDES permit implementation activity.

**Provision 23. Total Residual Chlorine (TRC) criteria demand within the mixing zone**

"Supporting Document for Iowa Water Quality Management Plans", Chapter IV, July 1976, as revised on November 8, 2000.

On September 18, 2000, IDNR modified the "Supporting Document for Iowa Water Quality Management Plans", Chapter IV, July 1976, as revised on November 8, 2000, which provides guidance for considering the total residual chlorine demand within the mixing zone.

Iowa's triennial review Issue Paper "Total Residual Chlorine Considerations", submitted as part of the September 18, 2000, rule revision, contains reference to the demand concept adopted by Pennsylvania. In 1994 Pennsylvania adopted EPA's criteria recommendations for TRC (a four-day average 0.011 mg/l; 1-hour average 0.019 mg/l). Following adoption of the EPA criteria, Pennsylvania developed a TRC Implementation Procedure for the new criteria to be used by permit writers which included, among other things, the concept of "chlorine demand". However, EPA did not approve the TRC Implementation Procedure adopted by Pennsylvania. The TRC Implementation Procedure established a default value of 0.3mg/l based on limited field studies and indicated that the value would be verified by site-specific studies, but it has not been verified. EPA is currently evaluating the TRC Implementation Procedure adopted by Pennsylvania.

At this time, EPA is taking no action on the TRC demand criteria approach. Because EPA is taking no action, the TRC demand criteria approach may not be used by IDNR for CWA purposes. Upon completion of EPA's review, EPA Region 7 will act on this provision.

**Table 1. Criteria For Chemical Constituents**
*(all values as micrograms per liter unless noted otherwise)*

Human health criteria for carcinogenic parameters noted below were based on the prevention of an incremental cancer risk of 1 in 100,000. For parameters not having a noted human health criteria, the U.S. Environmental Protection Agency has not developed final national guideline values. For noncarcinogenic parameters, the recommended EPA criterion was selected. For Class C water, the EPA criteria for fish and water consumption were selected using the same considerations for carcinogenic and noncarcinogenic parameters as noted above.

| | | **Use Designations****** | | | | |
|---|---|---|---|---|---|---|
| **Parameter** | | **B(CW)** | **B(WW)** | **B(LR)** | **B(LW)** | **C** |
| Alachlor | MCL | - | - | - | - | 2 |
| Aluminum | Chronic | 87 | 388 | 773 | 748 | - |
| | Acute | 1106 | 4539 | 9035 | 983 | - |
| Antimony | Human Health + - F & W | - | - | - | - | 14 |
| Arsenic (III) | Chronic | 200 | 200 | 1000 | 200 | - |
| | Acute | 360 | 360 | 1800 | 360 | - |
| | Human Health – Fish | 50 | 50 | - | 50 | - |
| | Human Health - F & W | - | - | - | - | .18 |
| Asbestos | Human Health - F & W | - | - | - | - | 7[(a)] |
| Atrazine | MCL | - | - | - | - | 3 |
| Barium | Human Health + - F & W | - | - | - | - | 1000 |
| Benzene | Human Health - F & W | - | - | - | - | 12 |
| | Human Health – Fish | 712.8 | 712.8 | - | 712.8 | - |
| Benzo(a)Pyrene | Human Health - F & W | - | - | - | - | .044 |
| Beryllium | MCL | - | - | - | - | 4 |
| Cadmium | Chronic | 1 | 15 | 25 | 1 | - |
| | Acute | 4 | 75 | 100 | 4 | - |
| | Human Health + - Fish | 168 | 168 | - | 168 | - |
| | MCL | - | - | - | - | 5 |
| Carbofuran | MCL | - | - | - | - | 40 |
| Carbon Tetrachloride | Human Health - F & W | - | - | - | - | 2.5 |
| | Human Health - Fish | 44.2 | 44.2 | - | 44.2 | |

| **Parameter** | | B(CW) | B(WW) | B(LR) | B(LW) | C |
|---|---|---|---|---|---|---|
| | | **Use Designations** | | | | |
| Chlordane | Chronic | .004 | .004 | .15 | .004 | - |
| | Acute | 2.5 | 2.5 | 2.5 | 2.5 | - |
| | Human Health - Fish | .006 | .006 | - | .006 | - |
| | Human Health - F & W | - | - | - | - | .021 |
| Chloride | MCL | - | - | - | - | 250* |
| Chlorobenzene | Human Health + - Fish | 20 | 20 | - | 20 | - |
| | Human Health + - F & W | - | - | - | - | 680 |
| Chloropyrifos | Chronic | .041 | .041 | .041 | .041 | - |
| | Acute | .083 | .083 | .083 | .083 | - |
| Chromium (VI) | Chronic | 40 | 40 | 200 | 10 | - |
| | Acute | 60 | 60 | 300 | 15 | - |
| | Human Health + - Fish | 3365 | 3365 | - | 3365 | - |
| | MCL | - | - | - | - | 100 |
| Copper | Chronic | 20 | 35 | 55 | 10 | - |
| | Acute | 30 | 60 | 90 | 20 | - |
| | Human Health + - Fish | 1000 | 1000 | - | 1000 | - |
| | Human Health + - F & W | - | - | - | - | 1300 |
| Cyanide | Chronic | 5 | 10 | 10 | 10 | - |
| | Acute | 20 | 45 | 45 | 45 | - |
| | Human Health + - F & W | - | - | - | - | 700 |
| Dalapon | MCL | - | - | - | - | 200 |
| Dibromochloropropane | MCL | - | - | - | - | .2 |
| 4,4-DDT ++ | Chronic | .001 | .001 | .029 | .001 | - |
| | Acute | .9 | .8 | .95 | .55 | - |
| | Human Health - Fish | .0059 | .0059 | - | .0059 | - |
| | Human Health - F & W | - | - | - | - | .0059 |
| o-Dichlorobenzene | MCL | - | - | - | - | 600 |
| para-Dichlorobenzene | Human Health + - F & W | - | - | - | - | 400 |
| | Human Health + - Fish | 2.6* | 2.6* | - | 2.6* | - |
| 3,3-Dichlorobenzidine | Human Health - Fish | .2 | .2 | - | .2 | - |
| | Human Health - F & W | - | - | - | - | .4 |

| Parameter | | B(CW) | B(WW) | B(LR) | B(LW) | C |
|---|---|---|---|---|---|---|
| | | Use Designations | | | | |
| 1,2-Dichloroethane | Human Health - F & W | - | - | - | - | 3.8 |
| | Human Health - Fish | 986 | 986 | - | 986 | - |
| 1,1-Dichloroethylene | Human Health - F & W | - | - | - | - | .57 |
| | Human Health - Fish | 32 | 32 | - | 32 | - |
| cis-1,2-Dichloro-ethylene | MCL | - | - | - | - | 70 |
| trans-1,2-Dichloroethylene | Human Health + - F & W | - | - | - | - | 700 |
| Dichloromethane | MCL | - | - | - | - | 5 |
| 1,2-Dichloropropane | Human Health - F & W | - | - | - | - | 5.2 |
| Di(2-ethyhexyl)adipate | MCL | - | - | - | - | 400 |
| Di(2-ethyhexyl)phthalate | Human Health - F & W | - | - | - | - | 18 |
| Dieldrin | Chronic | .056 | .056 | .056 | .056 | - |
| | Acute | .24 | .24 | .24 | .24 | - |
| | Human Health - Fish | .0014 | .0014 | - | .0014 | - |
| | Human Health - F & W | - | - | - | - | .0014 |
| Dinoseb | MCL | - | - | - | - | 7 |
| 2,3,7,8-TCDD (Dioxin) | Human Health - F & W | - | - | - | - | $1.3^{-7}$ |
| | Human Health - Fish | .00014† | .00014† | - | .00014† | - |
| Diquat | MCL | - | - | - | - | 20 |
| 2,4,-D | Human Health + - F & W | - | - | - | - | 100 |
| Endosulfan | Chronic | .056 | .15 | .15 | .15 | - |
| | Acute | .11 | .3 | .3 | .3 | - |
| | Human Health + - Fish | 2400 | 2400 | - | 2400 | - |
| | Human Health + - F & W | - | - | - | - | 110 |
| Endothall | MCL | - | - | - | - | 100 |
| Endrin | Chronic | .05 | .036 | .036 | .036 | - |
| | Acute | .12 | .086 | .086 | .086 | - |
| | Human Health + - Fish | 8.1 | 8.1 | - | 8.1 | - |
| | Human Health + - F & W | - | - | - | - | .76 |
| Ethylbenzene | Human Health + - F & W | - | - | - | - | 3100 |

| Parameter | | Use Designations B(CW) | B(WW) | B(LR) | B(LW) | C |
|---|---|---|---|---|---|---|
| Ethylene dibromide | MCL | - | - | - | - | .05 |
| Fluoride | MCL | - | - | - | - | 4000 |
| Glyphosate | MCL | - | - | - | - | 700 |
| Heptachlor | Chronic | .0038 | .0038 | .01 | .0038 | - |
| | Acute | .38 | .38 | .38 | .38 | - |
| | Human Health - Fish | .002 | .002 | - | .002 | - |
| | Human Health - F & W | - | - | - | - | **.0021** |
| Heptachlor epoxide | Human Health - F & W | - | - | - | - | .001 |
| Hexachlorobenzene | Human Health - F & W | - | - | - | - | .0075 |
| y-Hexachloro-cyclohexane | Chronic | N/A | N/A | N/A | N/A | - |
| (Lindane) | Acute | .95 | .95 | .95 | .95 | - |
| | Human Health - Fish | .63 | .63 | - | .63 | - |
| | Human Health - F & W | - | - | - | - | .19 |
| Hexachlorocyclo-pentadiene | Human Health +- F & W | - | - | - | - | 240 |
| Lead | Chronic | 3 | 30 | 80 | 3 | - |
| | Acute | 80 | 200 | 750 | 80 | - |
| | MCL | - | - | - | - | 50 |
| Mercury (II) | Chronic | 3.5 | 2.1 | 3.7 | .91 | - |
| | Acute | 6.5 | 4.0 | 6.9 | 1.7 | - |
| | Human Health + - Fish | .15 | .15 | - | .15 | - |
| | Human Health + - F & W | - | - | - | - | .05 |
| Methoxychlor | Human Health + - F & W | - | - | - | - | 100 |
| Monochlorobenzene | MCL | - | - | - | - | 100 |
| Nickel | Chronic | 350 | 650 | 750 | 150 | - |
| | Acute | 3250 | 5800 | 7000 | 1400 | - |
| | Human Health + - Fish | 4584 | 4584 | - | 4584 | - |
| | Human Health + - F & W | - | - | - | - | 610 |
| Nitrate as N | MCL | - | - | - | - | 10* |

| **Parameter** | | B(CW) | B(WW) | B(LR) | B(LW) | C |
|---|---|---|---|---|---|---|
| | | **Use Designations** | | | | |
| Nitrate + Nitrite as N | MCL | - | - | - | - | 10* |
| Nitrite as N | MCL | - | - | - | - | 1* |
| Oxamyl (Vydate) | MCL | - | - | - | - | 200 |
| Parathion | Chronic | .013 | .013 | .013 | .013 | - |
| | Acute | .065 | .065 | .065 | .065 | - |
| Pentachlorophenol (PCP) | Chronic | (d) | (d) | (d) | (d) | - |
| | Acute | (d) | (d) | (d) | (d) | - |
| | Human Health - Fish | 82 | 82 | - | 82 | - |
| | Human Health - F & W | - | - | - | - | .28 |
| Picloram | MCL | - | - | - | - | 500 |
| Polychlorinated Biphenyls (PCBs) | Chronic | .014 | .014 | 1 | .014 | - |
| | Acute | 2 | 2 | 2 | 2 | - |
| | Human Health - Fish | .0004 | .0004 | - | .0004 | - |
| | Human Health - F & W | - | - | - | - | .0017 |
| Polynuclear Aromatic Hydrocarbons (PAHs)** | Chronic | .03 | .03 | 3 | .03 | - |
| | Acute | 30 | 30 | 30 | 30 | - |
| | Human Health - Fish | .3 | .3 | - | .3 | - |
| | Human Health - F & W | - | - | - | - | .044 |
| Phenols | Chronic | 50 | 50 | 50 | 50 | - |
| | Acute | 1000 | 2500 | 2500 | 1000 | - |
| | Human Health + - Fish | 300 | 300 | - | 300 | - |
| | Human Health + - F & W | - | - | - | - | 21* |
| Selenium (VI) | Chronic | 10 | 125 | 125 | 70 | - |
| | Acute | 15 | 175 | 175 | 100 | - |
| | Human Health + - F & W | - | - | - | - | 170 |
| Silver | Chronic | N/A | N/A | N/A | N/A | - |
| | Acute | 30 | 100 | 100 | 4 | - |
| | MCL | - | - | - | - | 50 |
| 2,4,5–TP (Silvex) | MCL | - | - | - | - | 10 |
| Simazine | MCL | - | - | - | - | 4 |

| Parameter | | Use Designations B(CW) | B(WW) | B(LR) | B(LW) | C |
|---|---|---|---|---|---|---|
| Styrene | MCL | - | - | - | - | 100 |
| Tetrachloroethylene | Human Health - F & W | - | - | - | - | 8 |
| Thallium | Human Health +- F & W | - | - | - | - | 1.7 |
| Toluene | Chronic | 50 | 50 | 150 | 50 | - |
| | Acute | 2500 | 2500 | 7500 | 2500 | - |
| | Human Health + - Fish | 300* | 300* | - | 300* | - |
| | Human Health + - F & W | - | - | - | - | 6800 |
| Total Residual Chlorine (TRC) | Chronic | 10 | 20 | 25 | 10 | - |
| | Acute | 35 | 35 | 40 | 20 | - |
| Toxaphene | Chronic | .037 | .037 | .037 | .037 | - |
| | Acute | .73 | .73 | .73 | .73 | - |
| | Human Health - Fish | .0075 | .0075 | - | .0075 | - |
| | Human Health - F & W | - | - | - | - | .0073 |
| 1,2,4–Trichlorobenzene | MCL | - | - | - | - | 70 |
| 1,1,1–Trichloroethane | MCL | - | - | - | - | 200 |
| | Human Health + - Fish | 173* | 173* | - | 173* | - |
| 1,1,2–Trichloroethane | Human Health - F & W | - | - | - | - | 6 |
| Trichloroethylene (TCE) | Chronic | 80 | 80 | 80 | 80 | - |
| | Acute | 4000 | 4000 | 4000 | 4000 | - |
| | Human Health - Fish | 807 | 807 | - | 807 | - |
| | Human Health - F & W | - | - | - | - | 27 |
| Trihalomethanes (total)[c] | MCL | - | - | - | - | 100 |
| Vinyl Chloride | Human Health - F & W | - | - | - | - | 20 |
| | Human Health - Fish | 5250 | 5250 | - | 5250 | - |
| Xylenes (total) | MCL | - | - | - | - | 10* |
| Zinc | Chronic | 200 | 450 | 2000 | 100 | - |
| | Acute | 220 | 500 | 2200 | 110 | - |
| | Human Health + - Fish | 5000 | 5000 | - | 5000 | - |
| | Human Health + - F & W | - | - | - | - | 9100 |

* units expressed as milligrams/liter
** to include the sum of known and suspected carcinogenic PAHs
*** Use Designations
Class B(CW) = *Cold water aquatic life*
Class B(WW) = *Significant resource warm water streams*
Class B(LR) = *Limited resource warm water streams*
Class B(LW) = *Lakes and wetlands,*
Class C = *Drinking water supply*
† expressed as nanograms/liter
\+ Represents the noncarcinogenic human health parameters
++ The concentrations of 4,4-DDT or its metabolites; 4,4-DDE and 4,4-DDD, individually shall not exceed the human health criteria.
(a) units expressed as million fibers/liter (longer than 10 micrometers)
(c) total trihalomethanes includes the sum of bromodichloromethane, dibromochloromethane, tribromomethane (bromoform), and trichloromethane (chloroform)
(d) Class B numerical criteria are for pentachlorophenol a function of pH using the equation: Criterion (µg/l)=$e^{[1.005(pH) - x]}$, where e = 2.71828 and x varies according to the following table.

| | B(CW) | B(WW) | B(LR) | B(LW) | |
|---|---|---|---|---|---|
| Acute | 3.869 | | 4.869 | 4.869 | 4.869 |
| Chronic | 4.134 | | 5.134 | 5.134 | 5.134 |

**Table 3a. Acute Criterion of Ammonia in Iowa Streams**

| Acute Criterion, mg/l as N (or Criterion Maximum Concentration, CMC) | | |
|---|---|---|
| pH | Class B(WW), B(LR) & B(LW) | Class B(CW) Cold Water Streams |
| 6.5 | 48.8 | 32.6 |
| 6.6 | 46.8 | 31.3 |
| 6.7 | 44.6 | 29.8 |
| 6.8 | 42.0 | 28.0 |
| 6.9 | 39.1 | 26.1 |
| 7.0 | 36.1 | 24.1 |
| 7.1 | 32.8 | 21.9 |
| 7.2 | 29.5 | 19.7 |
| 7.3 | 26.2 | 17.5 |
| 7.4 | 23.0 | 15.3 |
| 7.5 | 19.9 | 13.3 |
| 7.6 | 17.0 | 11.4 |
| 7.7 | 14.4 | 9.64 |
| 7.8 | 12.1 | 8.11 |
| 7.9 | 10.1 | 6.77 |
| 8.0 | 8.40 | 5.62 |
| 8.1 | 6.95 | 4.64 |
| 8.2 | 5.72 | 3.83 |
| 8.3 | 4.71 | 3.15 |
| 8.4 | 3.88 | 2.59 |
| 8.5 | 3.20 | 2.14 |
| 8.6 | 2.65 | 1.77 |
| 8.7 | 2.20 | 1.47 |
| 8.8 | 1.84 | 1.23 |
| 8.9 | 1.56 | 1.04 |
| 9.0 | 1.32 | 0.885 |

**Table 3b. Chronic Criterion for Ammonia in Iowa Streams - Early Life Stages Present**

| Chronic Criterion - Early Life Stages Present, mg-N/l as N (or Criterion Continuous Concentrations, CCC) | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| pH | Temperature, °C | | | | | | | | | |
| | 0 | 14 | 16 | 18 | 20 | 22 | 24 | 26 | 28 | 30 |
| 6.5 | 6.67 | 6.67 | 6.06 | 5.33 | 4.68 | 4.12 | 3.62 | 3.18 | 2.80 | 2.46 |
| 6.6 | 6.57 | 6.57 | 5.97 | 5.25 | 4.61 | 4.05 | 3.56 | 3.13 | 2.75 | 2.42 |
| 6.7 | 6.44 | 6.44 | 5.86 | 5.15 | 4.52 | 3.98 | 3.50 | 3.07 | 2.70 | 2.37 |
| 6.8 | 6.29 | 6.29 | 5.72 | 5.03 | 4.42 | 3.89 | 3.42 | 3.00 | 2.64 | 2.32 |
| 6.9 | 6.12 | 6.12 | 5.56 | 4.89 | 4.30 | 3.78 | 3.32 | 2.92 | 2.57 | 2.25 |
| 7.0 | 5.91 | 5.91 | 5.37 | 4.72 | 4.15 | 3.65 | 3.21 | 2.82 | 2.48 | 2.18 |
| 7.1 | 5.67 | 5.67 | 5.15 | 4.53 | 3.98 | 3.50 | 3.08 | 2.70 | 2.38 | 2.09 |
| 7.2 | 5.39 | 5.39 | 4.90 | 4.31 | 3.78 | 3.33 | 2.92 | 2.57 | 2.26 | 1.99 |
| 7.3 | 5.08 | 5.08 | 4.61 | 4.06 | 3.57 | 3.13 | 2.76 | 2.42 | 2.13 | 1.87 |
| 7.4 | 4.73 | 4.73 | 4.30 | 3.78 | 3.32 | 2.92 | 2.57 | 2.26 | 1.98 | 1.74 |
| 7.5 | 4.36 | 4.36 | 3.97 | 3.49 | 3.06 | 2.69 | 2.37 | 2.08 | 1.83 | 1.61 |
| 7.6 | 3.98 | 3.98 | 3.61 | 3.18 | 2.79 | 2.45 | 2.16 | 1.90 | 1.67 | 1.47 |
| 7.7 | 3.58 | 3.58 | 3.25 | 2.86 | 2.51 | 2.21 | 1.94 | 1.71 | 1.50 | 1.32 |
| 7.8 | 3.18 | 3.18 | 2.89 | 2.54 | 2.23 | 1.96 | 1.73 | 1.52 | 1.33 | 1.17 |
| 7.9 | 2.8 | 2.8 | 2.54 | 2.24 | 1.96 | 1.73 | 1.52 | 1.33 | 1.17 | 1.03 |
| 8.0 | 2.43 | 2.43 | 2.21 | 1.94 | 1.71 | 1.50 | 1.32 | 1.16 | 1.02 | 0.897 |
| 8.1 | 2.10 | 2.10 | 1.91 | 1.68 | 1.47 | 1.29 | 1.14 | 1.00 | 0.879 | 0.773 |
| 8.2 | 1.79 | 1.79 | 1.63 | 1.43 | 1.26 | 1.11 | 0.973 | 0.855 | 0.752 | 0.661 |
| 8.3 | 1.52 | 1.52 | 1.39 | 1.22 | 1.07 | 0.941 | 0.827 | 0.727 | 0.639 | 0.562 |
| 8.4 | 1.29 | 1.29 | 1.17 | 1.03 | 0.906 | 0.796 | 0.700 | 0.615 | 0.541 | 0.475 |
| 8.5 | 1.09 | 1.09 | 0.990 | 0.870 | 0.765 | 0.672 | 0.591 | 0.520 | 0.457 | 0.401 |
| 8.6 | 0.920 | 0.920 | 0.836 | 0.735 | 0.646 | 0.568 | 0.499 | 0.439 | 0.386 | 0.339 |
| 8.7 | 0.778 | 0.778 | 0.707 | 0.622 | 0.547 | 0.480 | 0.422 | 0.371 | 0.326 | 0.287 |
| 8.8 | 0.661 | 0.661 | 0.601 | 0.528 | 0.464 | 0.408 | 0.359 | 0.315 | 0.277 | 0.244 |
| 8.9 | 0.565 | 0.565 | 0.513 | 0.451 | 0.397 | 0.349 | 0.306 | 0.269 | 0.237 | 0.208 |
| 9.0 | 0.486 | 0.486 | 0.442 | 0.389 | 0.342 | 0.300 | 0.264 | 0.232 | 0.204 | 0.179 |

## Table 3c. Chronic Criterion for Ammonia in Iowa Streams - Early Life Stages Absent

| Chronic Criterion - Early Life Stages Absent, mg-N/l N (or Criterion Continuous Concentration, CCC) | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| pH | Temperature, °C | | | | | | | | | |
| | 0-7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15* | 16* |
| 6.5 | 10.8 | 10.1 | 9.51 | 8.92 | 8.36 | 7.84 | 7.35 | 6.89 | 6.46 | 6.06 |
| 6.6 | 10.7 | 9.99 | 9.37 | 8.79 | 8.24 | 7.72 | 7.24 | 6.79 | 6.36 | 5.97 |
| 6.7 | 10.5 | 9.81 | 9.20 | 8.62 | 8.08 | 7.58 | 7.11 | 6.66 | 6.25 | 5.86 |
| 6.8 | 10.2 | 9.58 | 8.98 | 8.42 | 7.90 | 7.40 | 6.94 | 6.51 | 6.10 | 5.72 |
| 6.9 | 9.93 | 9.31 | 8.73 | 8.19 | 7.68 | 7.20 | 6.75 | 6.33 | 5.93 | 5.56 |
| 7.0 | 9.60 | 9.00 | 8.43 | 7.91 | 7.41 | 6.95 | 6.52 | 6.11 | 5.73 | 5.37 |
| 7.1 | 9.20 | 8.63 | 8.09 | 7.58 | 7.11 | 6.67 | 6.25 | 5.86 | 5.49 | 5.15 |
| 7.2 | 8.75 | 8.20 | 7.69 | 7.21 | 6.76 | 6.34 | 5.94 | 5.57 | 5.22 | 4.90 |
| 7.3 | 8.24 | 7.73 | 7.25 | 6.79 | 6.37 | 5.97 | 5.60 | 5.25 | 4.92 | 4.61 |
| 7.4 | 7.69 | 7.21 | 6.76 | 6.33 | 5.94 | 5.57 | 5.22 | 4.89 | 4.59 | 4.30 |
| 7.5 | 7.09 | 6.64 | 6.23 | 5.84 | 5.48 | 5.13 | 4.81 | 4.51 | 4.23 | 3.97 |
| 7.6 | 6.46 | 6.05 | 5.67 | 5.32 | 4.99 | 4.68 | 4.38 | 4.11 | 3.85 | 3.61 |
| 7.7 | 5.81 | 5.45 | 5.11 | 4.79 | 4.49 | 4.21 | 3.95 | 3.70 | 3.47 | 3.25 |
| 7.8 | 5.17 | 4.84 | 4.54 | 4.26 | 3.99 | 3.74 | 3.51 | 3.29 | 3.09 | 2.89 |
| 7.9 | 4.54 | 4.26 | 3.99 | 3.74 | 3.51 | 3.29 | 3.09 | 2.89 | 2.71 | 2.54 |
| 8.0 | 3.95 | 3.70 | 3.47 | 3.26 | 3.05 | 2.86 | 2.68 | 2.52 | 2.36 | 2.21 |
| 8.1 | 3.41 | 3.19 | 2.99 | 2.81 | 2.63 | 2.47 | 2.31 | 2.17 | 2.03 | 1.91 |
| 8.2 | 2.91 | 2.73 | 2.56 | 2.40 | 2.25 | 2.11 | 1.98 | 1.85 | 1.74 | 1.63 |
| 8.3 | 2.47 | 2.32 | 2.18 | 2.04 | 1.91 | 1.79 | 1.68 | 1.58 | 1.48 | 1.39 |
| 8.4 | 2.09 | 1.96 | 1.84 | 1.73 | 1.62 | 1.52 | 1.42 | 1.33 | 1.25 | 1.17 |
| 8.5 | 1.77 | 1.66 | 1.55 | 1.46 | 1.37 | 1.28 | 1.20 | 1.13 | 1.06 | 0.99 |
| 8.6 | 1.49 | 1.40 | 1.31 | 1.23 | 1.15 | 1.08 | 1.01 | 0.951 | 0.892 | 0.836 |
| 8.7 | 1.26 | 1.18 | 1.11 | 1.04 | 0.976 | 0.915 | 0.858 | 0.805 | 0.754 | 0.707 |
| 8.8 | 1.07 | 1.01 | 0.944 | 0.885 | 0.829 | 0.778 | 0.729 | 0.684 | 0.641 | 0.601 |
| 8.9 | 0.917 | 0.860 | 0.806 | 0.756 | 0.709 | 0.664 | 0.623 | 0.584 | 0.548 | 0.513 |
| 9.0 | 0.790 | 0.740 | 0.694 | 0.651 | 0.610 | 0.572 | 0.536 | 0.503 | 0.471 | 0.442 |

* At 15 C and above, the criterion for fish Early Life Stage (ELS) absent is the same as the criterion for fish ELS present.