# Exhibit C

Multi-State Farm Bureau Listening Session Agenda

**July 1, 2025 – Multi-State Farm Bureau Listening Session with EPA Region 7**

**Location**:

EPA Region 7 Headquarters – Lakeview Conference Room
11201 Renner Blvd.
Lenexa, KS 66219

**Purpose**:

Presidents of Farm Bureaus in EPA Region 7 states will share their industry perspectives on the topics below in a Listening Session. Each topic will include a brief dialogue to ensure accurate EPA understanding of the issues and priorities of the stakeholders.

**Agenda**

1:00 **Welcome/Opening Comments - Jim Macy**

1:10 **Introductions**

1:20 **Missouri** – Garrett Hawkins

- Clean Water Act
    - WOTUS
    - Streambank Management
    - PFAS in Biosolids
- Energy - Proposal to repeal all “greenhouse gas” emissions standards
- Deregulating Diesel Exhaust Fluid (DEF)

2:00 **Nebraska** – Mark McHargue

- Federal Insecticide, Fungicide and Rodenticide Act (FIFRA)
    - ESA Herbicide, Insecticide, Insecticide and Fungicide Strategies
    - Atrazine Registration Review

2:40 **Iowa** – Brent Johnson

- Clean Air Act
    - Risk Management Program (RMP) regulations
    - Renewable Fuels Standard
    - Expanding E15 Access Year-round
- Safe Drinking Water Act (SDWA) Petition
- NPDES Program De-delegation Petition
- Iowa impaired waters list
- Animal Agriculture and Water Quality (AAWQ) Subcommittee

DRAFT

3:20 **Kansas** – Joe Newland

- MAHA Commission Report
  - Crop protection registrations and labels
  - Glyphosate
- Prognosis of federal funding to states for:
  - CWA
  - CAA
  - 319 Grant Program
  - Clean Water State Revolving Fund
- Kansas Smoke Management Plan

4:00 **Adjourn**

**Attendees**:

**EPA Region 7**
- Jim Macy
- Doug Jones

**Missouri Farm Bureau Federation**
- Garrett Hawkins, President MOFB
- Emily LeRoy, Senior Policy Advisor
- Spencer Tuma, Senior Director of National Legislative Affairs
- Kayden Guymon, Director of Regulatory Affairs & Policy Counsel
- Mark Fiegenbaum, Associate Director of State & Local Legislative Affairs

**Kansas Farm Bureau Federation**
- Joe Newland, President KFBF

**Iowa Farm Bureau Federation**
- Brent Johnson, President IFBF
- Daniel Heady, National Policy Advisor
- Shawn Richmond, Conservation & Natural Resources Policy Advisor
- Chris Gruenhagen, Sr. Government Relations Counsel

**Nebraska Farm Bureau Federation**
- Mark McHargue, President NFBF

DRAFT