**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | |
|---|---|
| FOOD & WATER WATCH, et al.<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.<br><br>Defendants. | Case No. 4:26-cv-211-RGE-SBJ<br><br>**Declaration of Jeffery Robichaud** |

I, Jeffery Robichaud, pursuant to the provisions of 28 U.S.C. § 1746, declare, under penalty of perjury, that the statements contained herein are true and correct to the best of my knowledge and belief.

1. I am employed by the U.S. Environmental Protection Agency ("EPA"), Region 7, in Lenexa, Kansas, as the Director for the Water Division. I have held that position since May 2018. In my capacity as Director for the Water Division, I supervised the office which generated the EPA's September 29, 2026 decision on Iowa's 2024 Clean Water Act Section 303(d) list which is subject of the above-captioned action.

2. Based on information provided to me by EPA staff, I certify that the attached Certified Index of the Administrative Record constitutes a correct and complete index to the administrative record for the EPA's September 29, 2026 decision on Iowa's 2024 Clean Water Act Section 303(d) list challenged in this case.

3. The document that was at Bates 2380-2381 was not considered by the EPA in the decision challenged in this case. The EPA removed this document prior to finalizing and certifying

the Administrative Record. Thus, there is a gap in the Bates numbering where this document had been added.

Executed on November 13, 2026, in Lenexa, KS.

JEFFERY ROBICHAUD Digitally signed by JEFFERY ROBICHAUD
Date: 2026.11.13 07:51:26 -06'00'

Jeffery Robichaud, Director, Water Division
U.S. Environmental Protection Agency, Region 7