# Index of the Administrative Record

| Bates Range | Document Date | Document Description |
|---|---|---|
| 0001 | 2/1/2024 | Offer for tribal consultation for Iowa's 2024 303(d) List concurrence routing slip |
| 0002-0003 | 2024 | Table of Iowa Waters Designated for Drinking Water Use - Page 1-2 |
| 0004 | 2024 | Table of Iowa Waters Designated for Drinking Water Use - Page 3 |
| 0005 | 2024 | Table of Iowa Waters for Disapproval |
| 0006-0010 | 3/14/2024 | Iowa DNR EcoNews Wire |
| 0011 | 11/15/2024 | Comment on EPA public notice of the addition of 7 segments |
| 0012-0013 | 1/26/2024 | Offer for tribal consultation for Iowa's 2024 303(d) List letter to Tribes |
| 0014-0022 | 3/18/2024 | Iowa 2024 Assessment Summary, ADBNet site download |
| 0023 | 11/15/2024 | Comment on EPA public notice of the addition of 7 segments |
| 0024-0075 | 9/29/2023 | Methodology for Iowa's 2024 Water Quality Assessment, Listing, and Reporting Pursuant to Sections 305(b), 303(d) and 314 of the Federal Clean Water Act |
| 0076 | 11/18/2024 | Comment on EPA public notice of the addition of 7 segments |

# Index of the Administrative Record

| Bates Range | Document Date | Document Description |
|---|---|---|
| 0077 | 2/12/2024 | Offer for tribal consultation for Iowa’s 2024 303(d) List Email |
| 0078-0343 | 3/23/2001 | Attachment to May 9, 2025 Email from IDNR to EPA (Bates 2448): Iowa DNR Phase I Triennial Review Submission |
| 0344 | 4/2/2024 | Email from EPA to Iowa DNR providing comments on the 2024 303(d) List |
| 0345 | 11/19/2024 | Comment on EPA public notice of the addition of 7 segments |
| 0346-0350 | 4/1/2024 | Email associated with tribal consultation transmitting Iowa press release of the 2024 303(d) List |
| 0351 | 11/19/2024 | Comment on EPA public notice of the addition of 7 segments |
| 0352 | 7/15/2024 | Email associated with tribal consultation transmitting Iowa press release of the 2024 303(d) List |
| 0353 | 11/19/2024 | Comment on EPA public notice of the addition of 7 segments |
| 0354 | 5/16/2024 | Email associated with tribal consultation transmitting Iowa press release of the 2024 303(d) List |
| 0355 | 11/19/2024 | Comment on EPA public notice of the addition of 7 segments |

# Index of the Administrative Record

| Bates Range | Document Date | Document Description |
|---|---|---|
| 0356-0357 | 11/4/2024 | Tribal Consultation Opportunities Tracking System site screen download |
| 0358 | 11/19/2024 | Comment on EPA public notice of the addition of 7 segments |
| 0359 | 11/19/2024 | Comment on EPA public notice of the addition of 7 segments |
| 0360 | 11/19/2024 | Comment on EPA public notice of the addition of 7 segments |
| 0361 | 11/20/2024 | Comment on EPA public notice of the addition of 7 segments |
| 0362 | 11/20/2024 | Comment on EPA public notice of the addition of 7 segments |
| 0363 | 11/20/2024 | Comment on EPA public notice of the addition of 7 segments |
| 0364 | 11/20/2024 | Comment on EPA public notice of the addition of 7 segments |
| 0365 | 11/20/2024 | Comment on EPA public notice of the addition of 7 segments |
| 0366 | 11/20/2024 | Comment on EPA public notice of the addition of 7 segments |
| 0367 | 11/20/2024 | Comment on EPA public notice of the addition of 7 segments |
| 0368 | 11/20/2024 | Comment on EPA public notice of the addition of 7 segments |

# Index of the Administrative Record

| Bates Range | Document Date | Document Description |
|---|---|---|
| 0369-0370 | 11/20/2024 | Comment on EPA public notice of the addition of 7 segments |
| 0371 | 11/20/2024 | Comment on EPA public notice of the addition of 7 segments |
| 0372 | 11/20/2024 | Comment on EPA public notice of the addition of 7 segments |
| 0373 | 11/21/2024 | Comment on EPA public notice of the addition of 7 segments |
| 0374 | 11/21/2024 | Comment on EPA public notice of the addition of 7 segments |
| 0375-0377 | 11/21/2024 | Comment on EPA public notice of the addition of 7 segments |
| 0378 | 11/21/2024 | Comment on EPA public notice of the addition of 7 segments |
| 0379-0380 | 11/22/2024 | Request for extension of EPA public notice of the addition of 7 segments |
| 0381 | 11/22/2024 | Comment on EPA public notice of the addition of 7 segments |
| 0382 | 11/23/2024 | Comment on EPA public notice of the addition of 7 segments |
| 0383-0384 | 12/2/2024 | Comment on EPA public notice of the addition of 7 segments |
| 0385 | 12/2/2024 | Comment on EPA public notice of the addition of 7 segments – Email |

# Index of the Administrative Record

| Bates Range | Document Date | Document Description |
|---|---|---|
| 0386-0387 | 12/2/2024 | Comment on EPA public notice of the addition of 7 segments – Letter attachment to Bates 0385 |
| 0388 | 12/3/2024 | Comment on EPA public notice of the addition of 7 segments – Email |
| 0389-0390 | 12/2/2024 | Comment on EPA public notice of the addition of 7 segments – Letter attachment to Bates 0388 |
| 0391 | 12/3/2024 | Comment on EPA public notice of the addition of 7 segments |
| 0392 | 12/3/2024 | Comment on EPA public notice of the addition of 7 segments |
| 0393 | 12/3/2024 | Comment on EPA public notice of the addition of 7 segments |
| 0394-0395 | 12/5/2024 | Comment on EPA public notice of the addition of 7 segments – Email |
| 0396-0397 | 12/2/2024 | Comment on EPA public notice of the addition of 7 segments – Letter attachment to Bates 0394-0395 |
| 0398 | 12/7/2024 | Comment on EPA public notice of the addition of 7 segments |
| 0399 | 12/8/2024 | Comment on EPA public notice of the addition of 7 segments |
| 0400-0401 | 12/8/2024 | Comment on EPA public notice of the addition of 7 segments |

# Index of the Administrative Record

| Bates Range | Document Date | Document Description |
|---|---|---|
| 0402 | 12/9/2024 | Comment on EPA public notice of the addition of 7 segments |
| 0403-0404 | 12/9/2024 | Comment on EPA public notice of the addition of 7 segments |
| 0405 | 12/10/2024 | Comment on EPA public notice of the addition of 7 segments |
| 0406 | 12/11/2024 | Comment on EPA public notice of the addition of 7 segments |
| 0407-0408 | 12/13/2024 | Comment on EPA public notice of the addition of 7 segments |
| 0409-0410 | 12/13/2024 | Comment on EPA public notice of the addition of 7 segments |
| 0411-0412 | 12/13/2024 | Comment on EPA public notice of the addition of 7 segments |
| 0413-0414 | 12/13/2024 | Comment on EPA public notice of the addition of 7 segments – Email |
| 0415-0416 | 12/13/2024 | Comment on EPA public notice of the addition of 7 segments – Letter attachment to Bates 0413-0414 |
| 0417 | 12/13/2024 | Comment on EPA public notice of the addition of 7 segments |
| 0418-0419 | 12/13/2024 | Comment on EPA public notice of the addition of 7 segments |

# Index of the Administrative Record

| Bates Range | Document Date | Document Description |
|---|---|---|
| 0420 | 12/13/2024 | Comment on EPA public notice of the addition of 7 segments – Email |
| 0421-0422 | 12/13/2024 | Comment on EPA public notice of the addition of 7 segments – Letter attachment to Bates 0420 |
| 0423-0424 | 12/13/2024 | Comment on EPA public notice of the addition of 7 segments |
| 0425 | 12/13/2024 | Comment on EPA public notice of the addition of 7 segments |
| 0426-0427 | 12/13/2024 | Comment on EPA public notice of the addition of 7 segments |
| 0428-0429 | 12/13/2024 | Comment on EPA public notice of the addition of 7 segments |
| 0430-0431 | 12/13/2024 | Comment on EPA public notice of the addition of 7 segments |
| 0432 | 12/13/2024 | Comment on EPA public notice of the addition of 7 segments – Email |
| 0433-0437 | 12/13/2024 | Comment on EPA public notice of the addition of 7 segments – Letter attachment to Bates 0432 |
| 0438 | 12/13/2024 | Comment on EPA public notice of the addition of 7 segments |
| 0439-0440 | 12/13/2024 | Comment on EPA public notice of the addition of 7 segments |

# Index of the Administrative Record

| Bates Range | Document Date | Document Description |
|---|---|---|
| 0441-0442 | 12/13/2024 | Comment on EPA public notice of the addition of 7 segments |
| 0443-0444 | 12/13/2024 | Comment on EPA public notice of the addition of 7 segments |
| 0445-0446 | 12/13/2024 | Comment on EPA public notice of the addition of 7 segments |
| 0447-0448 | 12/14/2024 | Comment on EPA public notice of the addition of 7 segments |
| 0449-0450 | 12/14/2024 | Comment on EPA public notice of the addition of 7 segments |
| 0451-0452 | 12/14/2024 | Comment on EPA public notice of the addition of 7 segments |
| 0453 | 12/14/2024 | Comment on EPA public notice of the addition of 7 segments |
| 0454 | 12/15/2024 | Comment on EPA public notice of the addition of 7 segments |
| 0455 | 12/15/2024 | Comment on EPA public notice of the addition of 7 segments – Email |
| 0456-0457 | 12/14/2024 | Comment on EPA public notice of the addition of 7 segments – Letter attachment to Bates 0455 |
| 0458-0459 | 12/16/2024 | Comment on EPA public notice of the addition of 7 segments |
| 0460 | 12/16/2024 | Comment on EPA public notice of the addition of 7 segments |

# Index of the Administrative Record

| Bates Range | Document Date | Document Description |
|---|---|---|
| 0461-0462 | 12/16/2024 | Comment on EPA public notice of the addition of 7 segments – Email |
| 0463-0464 | 12/16/2024 | Comment on EPA public notice of the addition of 7 segments – Letter attachment to Bates 0461-0462 |
| 0465-0466 | 12/16/2024 | Comment on EPA public notice of the addition of 7 segments |
| 0467-0468 | 12/17/2024 | Comment on EPA public notice of the addition of 7 segments |
| 0469-0470 | 12/17/2024 | Comment on EPA public notice of the addition of 7 segments |
| 0471 | 12/18/2024 | Comment on EPA public notice of the addition of 7 segments – Email |
| 0472-0474 | 12/18/2024 | Comment on EPA public notice of the addition of 7 segments – Letter attachment to Bates 0471 |
| 0475-0476 | 12/18/2024 | Comment on EPA public notice of the addition of 7 segments |
| 0477 | 12/18/2024 | Comment on EPA public notice of the addition of 7 segments |
| 0478 | 12/18/2024 | Comment on EPA public notice of the addition of 7 segments |
| 0479 | 12/18/2024 | Comment on EPA public notice of the addition of 7 segments – Email (Letter at Bates 3159-3160) |

# Index of the Administrative Record

| Bates Range | Document Date | Document Description |
|---|---|---|
| 0480 | 12/19/2024 | Comment on EPA public notice of the addition of 7 segments – Email |
| 0481-0495 | 12/19/2024 | Comment on EPA public notice of the addition of 7 segments – Letter attachment to Bates 0480 |
| 0496-0497 | 12/19/2024 | Comment on EPA public notice of the addition of 7 segments |
| 0498 | 12/19/2024 | Comment on EPA public notice of the addition of 7 segments – Email |
| 0499-0500 | 12/19/2024 | Comment on EPA public notice of the addition of 7 segments – Letter attachment to Bates 0498 |
| 0501 | 12/19/2024 | Comment on EPA public notice of the addition of 7 segments – Email |
| 0502-0503 | 12/19/2024 | Comment on EPA public notice of the addition of 7 segments – Letter attachment to Bates 0501 |
| 0504-0714 | 12/2017 | Iowa Nutrient Reduction Strategy |
| 0715-0754 | 3/3/2024 | Public Participation Responsiveness Summary for Iowa’s 2024 Clean Water Action Section 303(d) List |
| 0755-0763 | 3/18/2024 | Iowa 2024 Assessment Summary, ADBNet site download |
| 0764-0773 | 5/9/2024 | Iowa 2024 Assessment Summary, ADBNet site download |

# Index of the Administrative Record

| Bates Range | Document Date | Document Description |
|---|---|---|
| 0774-0790 | 5/2024 | Iowa's 2024 305(b) Supplemental Information Report |
| 0791-0842 | 9/29/2023 | Methodology for Iowa's 2024 Water Quality Assessment, Listing, and Reporting Pursuant to Sections 305(b), 303(d) and 314 of the Federal Clean Water Act |
| 0843-0844 | 5/9/2024 | Cover Letter from Iowa DNR to EPA transmitting Iowa 2024 Water Quality Assessment, Listing, and Reporting Pursuant to Sections 305(b), 303(d) and 314 of the Federal Clean Water Act |
| 0845-0849 | 3/14/2024 | Iowa DNR EcoNews Wire |
| 0850-0901 | 9/29/2023 | Methodology for Iowa's 2024 Water Quality Assessment, Listing, and Reporting Pursuant to Sections 305(b), 303(d) and 314 of the Federal Clean Water Act (submitted with Bates 0843-0844) |
| 0902-0945 | May 2024 | Iowa 2024 Assessment (submitted with Bates 0843-0844) |
| 0946-1241 | May 2024 | Iowa 2024 Assessed Uses (submitted with Bates 0843-0844) |

# Index of the Administrative Record

| Bates Range | Document Date | Document Description |
|---|---|---|
| 1242-1265 | May 2024 | Iowa 2024 Category 4 (submitted with Bates 0843-0844) |
| 1266-1317 | May 2024 | Iowa 2024 Categories 1 and 2 (submitted with Bates 0843-0844) |
| 1318-1326 | May 2024 | Iowa 2024 Delistings (submitted with Bates 0843-0844) |
| 1327-1418 | May 2024 | Iowa 2024 Impaired (submitted with Bates 0843-0844) |
| 1419-1695 | May 2024 | Iowa External Data (submitted with Bates 0843-0844) |
| 1696-1749 | May 2024 | Iowa 2024 Winofi (submitted with Bates 0843-0844) |
| 1750 | 7/14/2025 | Email: Attains status associated with recission |
| 1751-1753 | 2/17/2026 | Iowa EcoNews Wire seeking input on draft 2026 Integrated Report pursuant to the Clean Water Act |
| 1754-1755 | 2026 | Data from draft 2026 Integrated Report |
| 1756-1775 | 2023 | Region 7 EPA Resource Guide: Frequency, Magnitude, and Duration |
| 1776 | 5/9/2024 | Attains status |
| 1777 | 5/31/2024 | Attains status |

# Index of the Administrative Record

| Bates Range | Document Date | Document Description |
|---|---|---|
| 1778 | 6/24/2024 | Attains status |
| 1779 | 5/31/2024 | Attains status |
| 1780 | 6/20/2024 | Attains status |
| 1781 | 11/21/2024 | Email Transcribe of 11/20/2024 citizen voicemail |
| 1782-1818 | 2005 | Total Maximum Daily Load for Nitrate Cedar Lake Madison County, Iowa |
| 1819-1880 | 2006 | Total Maximum Daily Load for Nitrate Cedar River Linn County, Iowa |
| 1881-1886 | 2020-2022 | Cedar River Data (1) |
| 1887 | 2022 | Cedar River Data (continued from 1881-1886) |
| 1888 | 11/18/2024 | EPA comment period extension request |
| 1889-1993 | 2010-2024 | Des Moines River Nitrate Data |
| 1994-2098 | 2010-2024 | Raccoon River Nitrate Data |
| 2099-2178 | 2/14/2024 | 2010-2024 Data supplied by Des Moines Water Works |

# Index of the Administrative Record

| Bates Range | Document Date | Document Description |
|---|---|---|
| 2179-2184 | 2024 | 1999-2014 Data supplied by Des Moines Water Works |
| 2185-2231 | 2024 | 2020-2022 Data Des Moines supplied by Des Moines Water Works |
| 2232-2233 | 2/14/2024 | 2021-2022 Data supplied by Des Moines Water Works |
| 2234 | 12/9/2024 | Email regarding EPA comment period extension |
| 2235-2367 | 2009 | Des Moines River, Iowa Total Maximum Daily Load for Nitrate |
| 2368 | 7/14/2024 | Email cover for EPA Recission and Reconsideration Letter (Letter Bates 2440-2441) |
| 2369 | 3/30/2023 | Email EPA to IDNR (meeting follow-up general questions) |
| 2370 | 5/2/2023 | Email EPA to IDNR (attains items) |
| 2371-2372 | 5/3/2023 | Email IDNR to EPA (attains items) |
| 2373-2375 | 5/3/2023 | Email EPA to IDNR (attains items) |
| 2376-2379 | 5/3/2023 | Email IDNR to EPA (TMDL List-Need direction) |
| 2380-2381 | | Removed by EPA |

# Index of the Administrative Record

| Bates Range | Document Date | Document Description |
|---|---|---|
| 2382-2383 | 5/31/2023 | Email IDNR to EPA (attains release) |
| 2384 | 5/31/2023 | Email IDNR to EPA (attains TMDL docs) |
| 2385-2386 | 5/31/2023 | Email IDNR to EPA (Iowa 2024 IR Delistings) |
| 2387-2388 | 5/31/2023 | Email EPA to IDNR (Iowa 2024 IR Delistings) |
| 2389-2390 | 6/20/2024 | Email EPA to IDNR (attains data) |
| 2391-2393 | 6/20/2024 | Email EPA to IDNR (set up meeting) |
| 2394-2398 | 6/24/2024 | Email IDNR to EPA (attains data) |
| 2399-2400 | 9/4/2024 | Email IDNR to EPA (good cause stream segment data clarification) |
| 2401 | 9/4/2024 | Email EPA to IDNR (good cause stream segment data clarification) |
| 2402-2403 | 9/4/2024 | Email EPA to IDNR (good cause) |
| 2404 | 12/5/2024 | Email transcription of voicemail from IDNR to EPA |
| 2405 | 12/2024 | Email response from EPA to commentors during the EPA public notice of the addition of 7 segments |

# Index of the Administrative Record

| Bates Range | Document Date | Document Description |
|---|---|---|
| 2406-2435 | 2/6/2002 | Attachment to May 9, 2025 Email from IDNR to EPA (Bates 2448): EPA Decision on IDNR 2001 Phase I Triennial Review Submission |
| 2436-2438 | 12/9/2024 | Screenshot of November 13, 2024 Public Notice Extension for EPA public notice of the addition of 7 segments |
| 2439 | 12/28/2025 | Email from EPA to IDNR regarding follow up to recission and reconsideration |
| 2440-2441 | 7/11/2025 | EPA to IDNR Recission and Reconsideration Letter |
| 2442 | 5/2/2024 | EPA Meeting invitation to attend in Des Moines, Iowa |
| 2443-2445 | 2024 | Iowa 2024 TMDL Tracking and Timeline (1) |
| 2446-2447 | 2024 | Iowa 2024 TMDL Tracking and Timeline (2) |
| 2448 | 5/9/2025 | Email IDNR to EPA regarding follow up to 5/2/2024 meeting (attachments Bates 0078-0343 and 2406-2435) |
| 2449-2450 | 2/2/2024 | EPA Decision Letter Iowa 2024 Clean Water Act Section 303(d) List |
| 2451-2453 | 2022 | 2022 Iowa River Data |
| 2454-2456 | 2022 | 2022 Iowa River Data |

# Index of the Administrative Record

| Bates Range | Document Date | Document Description |
|---|---|---|
| | | |
| 2457-2460 | 2022 | Iowa River US Army Corp of Engineers data |
| 2461-2469 | 2/2024 | Iowa's TMDL Vision |
| 2470-2472 | 12/17/2024 | Comment on EPA public notice of the addition of 7 segments |
| 2473 | 2/2/2024 | Email from EPA to IDNR sending EPA Decision Letter Iowa 2024 Clean Water Act Section 303(d) List |
| 2474-2476 | 11/20/2024 | Screenshot of November 13, 2024 Public Notice for EPA public notice of the addition of 7 segments |
| 2477-2478 | 2024 | Table of Comment Summary on EPA addition of 7 segments |
| 2479-2481 | 11/20/2024 | Screenshot of November 13, 2024 Public Notice for EPA public notice of the addition of 7 segments |
| 2482-2693 | 2008 | Raccoon River, Iowa Total Maximum Daily Load for Nitrate and Escherichia coli |
| 2694-2698 | 2024 | 2020-2022 Raccoon River data |
| 2699-2700 | 2/14/2024 | Raccoon River data 2020-2022 from Des Moines Water Works |
| 2701-2702 | 12/8/2023 | Email sending Region 7 EPA Resource Guide: Frequency, Magnitude and Duration |

# Index of the Administrative Record

| Bates Range | Document Date | Document Description |
|---|---|---|
| 2703-2704 | 5/9/2025 | Email from EPA to IDNR regarding IA WQS 2001/2002 |
| 2705-2709 | 2024 | 2016/2021 South Skunk River Data |
| 2710-2771 | 2006 | Total Maximum Daily Load for Nitrate Cedar River Linn County, Iowa |
| 2772-2962 | 9/25/2009 | EPA Approval of Total Maximum Daily Load for Des Moines River |
| 2963-3154 | 2008 | Raccoon River, Iowa Total Maximum Daily Load for Nitrate and Escherichia coli (received date stamped) |
| 3155 | 12/30/2024 | Email from EPA to IDNR sending EPA Decision on Iowa 2024 303(d) List |
| 3156 | 12/30/2024 | Email from EPA to IDNR sending EPA Decision on Iowa 2024 303(d) List (forward) |
| 3157-3158 | 4/2/2024 | EPA letter to IDNR providing comments on the proposed Iowa 2024 303(d) List |
| 3159-3160 | 12/19/2024 | IDNR letter to EPA providing comments on the EPA addition of 7 segments |
| 3161-3368 | 12/30/2024 | 2024 Response to Comments for EPA's Partial Approval/Partial Disapproval of Iowa's Clean Water Act Section 303(d) List of Water Quality Limited Segments Still Requiring TMDLs |

# Index of the Administrative Record

| Bates Range | Document Date | Document Description |
|---|---|---|
| 3369-3370 | 12/30/2024 | Letter from EPA to IDNR Transmittal of Iowa's 2024 Section 303(d) List |
| 3371-3420 | 11/12/2024 | EPA Decision Partial Approval/Partial Disapproval of Iowa's 2024 Section 303(d) List |
| 3421-3460 | 5/3/2024 | Public Participation Responsiveness Summary for Iowa's 2024 Clean Water Act Section 303(d) List |
| 3461 | 2024 | Des Moines River Data |
| 3462-3463 | 1/6/2026 | IDNR/EPA Meeting Invite |
| 3464 | 9/3/2026 | Email 2024 303d list action |
| 3465-3466 | 2/6/2026 | Follow up Discussion re: 303(d) meeting invite |
| 3467-3471 | 9/29/2026 | Enclosure Rationale for Final Action on Iowa's 2024 CWA Section 303d List |
| 3472-3473 | 9/30/2026 | Email IA 303d list decision issued |
| 3474-3475 | 9/29/2026 | Cover Letter for Final Action on Iowa's 2024 CWA Section 303d List |
| 3476-3491 | 1/15/2025 – 3/16/2026 | Emails between EPA and IDNR |
| 3492-3505 | 1/21/2026 | Iowa City Water Permit |

# Index of the Administrative Record

| Bates Range | Document Date | Document Description |
|---|---|---|
| 3506-3515 | March 3, 2025 | Oskaloosa Water Permit |
| 3516-3527 | 12/19/2023 | Ottumwa Water Permit |
| 3528-3535 | 4/30/2026 – 5/1/2026 | Email EPA and IDNR |
| 3536-3538 | 7/30/2018 | The Daily Iowan New Article re: University of Iowa Water Plant |
| 3539-3551 | 11/18/2025 | University Water Permit |